## Santer, Appellant, *v.* Santer.

Argued October 13, 1936. Before Kephart, C. J., Schaffer, Drew, Linn, Stern and Barnes, JJ.

142

*Frank R. S. Kaplan,* with him *Alexander H. Schull-man* and *Harold H. Harter,* for appellant.

*Harland I. Casteel,* with him *William Le Goullon,* for appellee.

PER CURIAM, November 23, 1936:
Decree affirmed on the opinion of the Superior Court, which appears in 115 Pa. Superior Ct. 1.